IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Search Warrants            )
                                  )
          Dover, DE, et al        )    No. 05- 41 M
                                  )

**REDACTED**

APPLICATION FOR SEARCH WARRANTS

The United States moves for the issuance of five search warrants on the basis of the Application and Affidavit of Detective Darren Short.

                                         Colm F. Connolly
                                         United States Attorney

By: *Richard G. Andrews* (signature)
     Richard G. Andrews
     First Assistant U.S. Attorney