AO 93 (Rev. 5/85) Search Warrant

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAR 29 AM 10: 27

## DISTRICT OF DELAWARE

In the Matter of the Search of
(Name, address or brief description of person or premises to be searched)

REDACTED

Dover, Delaware

**SEARCH WARRANT**

CASE NUMBER: 05-41M

TO: <u>Detective Darren Short</u> and any assisting law enforcement officer of the United States and any assisting state and local police officers. Affidavit(s) having been made before me by <u>Detective Darren Short</u> who has reason to believe that ___ on the person of or _X_ on the premises known as (name, description and/or location)

, Dover, Delaware,

in the _____ District of _____Delaware_____ there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B, which is incorporated herein by reference.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before_____March 24, 2005_____
                                                              Date
(not to exceed 10 days) the place named above for the property specified, and serving this warrant and making the search in the daytime -- 6:00 a.m. to 10:00 p.m. and if the property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>United States Magistrate Judge Mary Pat Thynge</u> as required by law.

March 14, 2005 11:06 AM.       at       _____Wilmington, Delaware_____
Date and Time                                   City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>03/15/05 | DATE AND TIME WARRANT EXECUTED<br>03/16/05 / 1453 HRS | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>ROBERT COOKE |
| INVENTORY MADE IN THE PRESENCE OF<br>DET. SHAWN WRIGHT  7251 DSP / DET DARREN SHURT 78 | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1. .22 Caliber revolver # 95390
2. Feather Arms .22 caliber rifle #A1075
3. Excel single shot 410 shotgun
4. Remington .22 Caliber rifle #1302242
5. Mossberg Model 590 12 gauge shotgun #P691397
6. Ruger .22 caliber rifle #129-69943
7. Saiga 410 shotgun #02200617
8. Ruger stainless .357 revolver with obliterated serial number
9. Smith and Wesson model 4506 .45 caliber handgun in box #DC746
10. Ruger .41 Magnum Revolver in plastic case #47-99367
11. Remington 1100 12 gauge shotgun #L421505V
12. Henry repeating Arms .22 caliber Rifle # GB011782M
13. Smith and Wesson model 1006 10mm pistol #TEU7809
14. Ruger .22 caliber pistol in plastic case #221-76339
15. Beretta 9mm pistol in case #BER266895
16. Junior Colt .25 caliber pistol #30924
17. Sig Sauer P229 .357 Pistol in case " AG16474
18. Assorted Ammunition
19. Two digital scales
20. Numerous glass pipes
21. One bong
22. Miscellaneous documents
23. Assorted Drug paraphernalia DAS
24. Numerous temporary registrations
25. Approximately 1000 grams of marijuana
26. Colt 45 auto pistol #SCGN0619

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Det. [signature] 7667

Subscribed, sworn to, and returned before me this date.

[signature]
U.S. Judge or Magistrate

3/29/05
Date

Attachment B

**Property to be seized:**
(2306 South State Street, Dover, Delaware)

1. Any marijuana.

2. Any related drug paraphernalia. Drug paraphernalia shall include materials of any kind which are used, intended for use or designed for use, in planting, propagating, cultivating, growing, harvesting, manufacturing, compounding, converting, producing, processing, preparing, testing, analyzing, packaging, re-packaging, storing, containing, or concealing controlled substances, and for injecting, ingesting, inhaling or otherwise introducing controlled substances into the human body.

3. Indicia of occupancy or residency of the described residence including but not limited to utility and electric bills, cancelled envelopes, and keys.

4. Books, records, receipts, notes, ledgers and other papers relating to transporting, ordering, purchasing or distributing marijuana or its by-products including addresses and telephone numbers of individuals associated in the drug trafficking operation.

5. Any documents, receipts, tickets or other papers reflecting or evidencing travel by any means in furtherance of the drug trafficking enterprise between Delaware and Pennsylvania or Connecticut.

6. Books, records, receipts, bank statements and records, money drafts, letters of credit, cashier's check receipts, passbooks, bank checks, safety deposit keys, loan documents, wire transfers and other papers or documents evidencing the obtaining, secreting, transferring, laundering and investing and/or concealing of any assets or monies obtained directly or indirectly from violations of the controlled substance laws.

7. Any United States currency in close proximity to any marijuana or paraphernalia, or any quantities of currency in excess of $500.00, or other property such as VCRS, televisions, cameras and stereos of estimated value of more than $100.00 found in quantities not normally associated with residences.

8. Any firearm or deadly weapon in close proximity to marijuana or any other controlled substance.