REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED

APR 8  3 33 PM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Search Warrants | : | No. 05-41M |
| | : | No. 05-42M |
| Dover, Delaware, et al. | : | No. 05-43M |
| | : | No. 05-44M |
| | : | No. 05-45M |

## MOTION TO UNSEAL

The United States hereby moves to unseal the files in these matters.

Respectfully submitted,

Colm F. Connolly
United States Attorney

By: _____
April M. Byrd
Assistant United States Attorney

IT IS SO ORDERED this ___8___ day of __April__, 2005, that the above-captioned files are unsealed.

_____
Mary Pat Thynge
United States Magistrate Judge